NO. 07-01-0352-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 6, 2001

_____

IN THE MATTER OF THE MARRIAGE OF
WILLIAM JOSEPH STEWART AND TAMMY LYNNE STEWART
AND IN THE INTEREST OF JOSEPH BROGAN STEWART, A CHILD
_____

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-508,361; HONORABLE JIM BOB DARNELL, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

On November 1, 2001, the appellant filed an Unopposed Motion to Dismiss Appeal averring that the parties have resolved the issues and agree that the appeal should be dismissed.

Without passing on the merits of the case, the Appellant's Unopposed Motion to Dismiss Appeal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1).

No order pertaining to costs is hereby made as all costs have been paid.  Having dismissed the appeal at the appellant's request and the appellee is not opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.